IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

Gavin Class,

    Plaintiff-Appellee,

v.   No. 15-1811

Towson University,

    Defendant-Appellant.

**Appellee's Emergency Request for Expedited Decision on Motion for Leave to File *Amici Curiae* Brief for National Athletic Trainers' Association, Inc., Maryland Athletic Trainers Association, and American Medical Society for Sports Medicine**

Appellee Gavin Class requests an immediate ruling on yesterday's Motion for Leave to File *Amici Curiae* Brief, filed by the National Athletic Trainers' Association, Inc. ("NATA"), Maryland Athletic Trainers Association ("MATA"), and American Medical Society For Sports Medicine ("AMSSM"). He already has filed his opposition to that motion.

As set forth in his opposition, the motion is placing us in the difficult position, just two days before our brief is due, of not knowing whether we need to try to find time to respond to the putative amici's arguments. Putative amici rejected our August 13 request that they file by August 21, precisely so that we could avoid this prejudice. Our August 13 email, attached to the opposition, demonstrates that putative amici were aware of the precise nature of our objections and had every opportunity to address those concerns in their opening motion.

WHEREFORE, we request that the Court expedite its decision on NATA, MATA, and AMSSM's motion.

          Respectfully submitted:

          /s/ *Steven M. Klepper*
          Steven M. Klepper
          KRAMON & GRAHAM, P.A.
          One South Street, Suite 2600
          Baltimore, Maryland 21202
          (410) 752-6030
          sklepper@kg-law.com

          Andrew Dansicker
          LAW OFFICE OF ANDREW M. DANSICKER, LLC
          11350 McCormick Road
          Executive Plaza II, Suite 705
          Hunt Valley, Maryland 21031
          (410) 771-5668
          adansicker@dansickerlaw.com

          *Counsel for Appellee Gavin Class*

## Certificate of Service

I hereby certify that, on August 26, 2015, this paper was filed with the Court's CM/ECF system, which will serve an electronic copy on all counsel of record.

          /s/ *Steven M. Klepper*
          Steven M. Klepper